FILED
OCT 1 1 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRUD ROSSMAN,

    Plaintiff,

v.                                        Civil Action No. 17-1550 (UNA)

DONALD TRUMP, *et al.*,

    Defendants.

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint.

Complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The plaintiff holds the President of the United States and four District of Columbia government employees responsible for coordinating with agents of the U.S. Department of Homeland Security to effect his arrest in July 2017. It does not appear that the plaintiff was arrested, however, yet he alleges that the arrest caused him to lose disability benefits. The plaintiff demands damages of $10 million and payment of overdue disability benefits, among other relief.

As drafted, the complaint fails to comply with Rule 8(a). It lacks a statement of this Court's jurisdiction to entertain his demand for disability benefits, and its factual allegations fail to set forth a short and plain statement showing the plaintiff's entitlement to relief. The Court has reviewed the attachments to the complaint and finds that most are unintelligible or otherwise shed no light on the nature of the plaintiff's legal claims. Therefore, the Court will dismiss the complaint without prejudice. An Order accompanies this Memorandum Opinion.

DATE: 10/18/17

_____
United States District Judge